IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

TONONA THOMPSON, individually and on behalf
of all similarly situated individuals,

    Plaintiff,

v.

GLOBAL TRUST MANAGEMENT, LLC, and
QUICK PROCESSING SOLUTIONS, LLC,

    Defendants.

Civil Action No.: 3:20-cv-844

## AGREED ORDER

Upon Defendants' Motion to Transfer and to Dismiss (the "Motion"), (ECF No. 18), upon good cause shown and agreement of the parties, the Court hereby ORDERS that this case be transferred to the Middle District of Florida pursuant to 28 U.S.C. §1406.

The time to respond to those portions of the Motion brought under Rule 12(b)(6) SHALL be extended until further order of the transferee court.

It is SO ORDERED.

/s/ M. Hannah Lauck
United States District Judge

Hon. M. Hannah Lauck
U.S. District Judge

Date: February 25, 2021
Richmond, Virginia